Sharon CAMPBELL; Jeffery Campbell, Plaintiffs–Counter Defendants–Appellants,

v.

William F. SCHNELLER; Rodney Yarbrough; Linda Yarbrough, Defendants–Counter Claimants–Appellees.

No. 03–61039.

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided Oct. 7, 2004.

Sharon Campbell, Holly Springs, MS, pro se.

Jeffery Campbell, Holly Springs, MS, pro se.

Peggy A. Jones, Jones & Schneller, Holly Springs, MS, for Defendant–Counter Claimant–Appellee.

Before HIGGINBOTHAM, DAVIS, and PICKERING, Circuit Judges.

*ON PETITION FOR REHEARING*

PER CURIAM:

Because the petition for rehearing identifies no error of fact or law in our opinion, the petition is frivolous. *See* Fed. R.App. P. 40(a)(2); 5th Cir. R. 40.2. Accordingly, IT IS ORDERED that the petition for rehearing is GRANTED for the sole purpose of replacing the sanctions warning in the original opinion with the following: "The Campbells are warned that the filing by them or by anyone on their behalf of any frivolous pleading in this court, or in any court subject to the jurisdiction of this court, concerning the Yarbroughs' adoption of Kayla will subject them to the imposition of sanctions."